UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARC IRWIN SHARFMAN, M.D., P.A.,

    Plaintiff,

v.                                    Case No: 6:20-cv-1557-Orl-78GJK

USA TOP DOCS L.L.C.,

    Defendant.

## ORDER

Plaintiff advised that the parties settled the action. (Doc. 10 at 1). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice**, subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk of Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on September 22, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record